OPINION OF THE COURT
Order affirmed, with costs, for the reasons stated in the memorandum at the Appellate Division (94 AD2d 724), to which we add that claimant’s introduction of the determination of the city planning commission with respect to another Victory Boulevard property within one-half mile of the subject parcel that “Analysis of the market area * * * indicates the ability to currently support 160,000 square feet of commercial space, comprised of convenience, service and local shopping space” also tended to establish the economic feasibility of a shopping center use.
Concur: Chief Judge Cooke and Judges Jones, Wachtler, Meyer and Kaye. Judge Jasen dissents and votes to reverse in an opinion. Taking no part: Judge Simons.